

# NUMBER 13-14-00266-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JUAN ANGEL GUERRA

## On Petition for Writ of Mandamus
## and Petition for Writ of Habeas Corpus.

# O R D E R

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

Relator, Juan Angel Guerra, filed a petition for writ of mandamus and petition for writ of habeas corpus in the above cause on May 12, 2014. The underlying proceeding is a civil forfeiture case. Through eight issues, relator seeks to vacate several different orders, including orders finding him in contempt, a writ of attachment, and an order of commitment, on grounds that the trial court lacks in personam jurisdiction over him. Relator seeks emergency temporary relief from an order requiring relator to produce attorney-client privileged information and also seeks to be released on a personal recognizance bond.

The Court orders the production of any information or documents protected by the attorney-client privilege to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). All other relief requested by relator is carried with the case. The Court requests that the real parties in interest, the State of Texas, receiver Fabian Limas Jr., and Samuel Longoria, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of May, 2014.